AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Scannlain, Diarmuid F | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge(Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 S.W. Sixth Ave. Suite 313<br>Portland, Oregon 97204-1396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member | University of Portland Presidential Advisory Council |
| 2. Board of Visitors Member | Lewis & Clark Law School |
| 3. Board of Advisors Member | Harvard Journal of Law & Public Policy |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 01-05/05 | Lewis & Clark Law School, Portland, OR (law teaching) | $ 3,000 |
| 2. 05-06/05 | University of San Diego Summer Study Abroad (law teaching) | $ 300 |
| 3. 07/05 | New York University Law School (law teaching) | $ 1,800 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bankruptcy Institute | 3/12-15/05 New York, NY (Duberstein Bankruptcy Moot Court Competition) (transportation, meals, room) |
| 2. Pepperdine University School of Law | 3/16-18/05 Malibu, CA (Judicial Clerkship Institute Speaker) (transportation, meals, room) |
| 3. University of San Diego Law School Summer Study Abroad | 5/23-6/23/05 Barcelona, Spain (Immigration Law and National Security Faculty Member) (transportation, meals, room) |
| 4. New York University School of Law | 7/9-17/05 New York City, NY (Appellate Judges Seminar Faculty Member) (transportation, meals, room) |
| 5. Federalist Society | 11/9-13/05 Washington, DC (Panel Member) (meals, room) |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. US Bank | Line of credit | K |
| 2. Marriott Ownership Resorts | Mortgage on Time Share | K |
| 3. Chase | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA US Treasury Bonds (CATS) | | None | J | T | | | | | |
| 2. IRA Glaxo Smith Kline PLC (com. stock) | A | Dividend | J | T | | | | | |
| 3. IRA Citibank formerly Smith Barney Money Funds (money mkt) | A | Dividend | J | T | * | | | | *Automated trades throughout year |
| 4. IRA Ameren Corp. (com. stock) | A | Dividend | J | T | | | | | |
| 5. IRA Kimberly Clark Corp. (com. stock) | A | Dividend | J | T | | | | | |
| 6. IRA Neenah Paper Inc. (com. stock) | A | Dividend | J | T | | | | | |
| 7. Fountainhead Apts. (Ltd. Partnership) | | None | J | W | | | | | |
| 8. Coronado Apts. (Ltd. Partnership) | | None | J | W | | | | | |
| 9. Indiana Realty (Ltd. Partnership) | E | Distribution | J | W | | | | | |
| 10. Crystal Hopper (Ltd. Partnership) | | None | J | W | | | | | |
| 11. Session Co. (Ltd. Partnership) | | None | J | W | | | | | |
| 12. Guadalupe River condos Kerrville, TX (real property) | | None | K | W | | | | | |
| 13. Ramagon Toys (com. stock) | | None | J | W | | | | | |
| 14. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 15. Columbia Daily Income (money market) | A | Dividend | J | T | * | | | | *Automatic Trades Throughout Year |
| 16. Citibank formerly Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated Trades Throughout Year |
| 17. Columbia Oregon Municipal Bond Fund | A | Dividend | J | T | Buy | ** | J | | **Various Over Year |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Columbia Oregon Municipal Bond Fund | | | J | T | Partial Sale | 11/1 | J | A | |
| 19. Marriott Ownership Resorts Shadow Ridge Time Share | | None | K | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _5/4/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544